UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD LEE RODMAN,<br><br>　　　　Defendant.<br>_____ | Case No. CR04-0301-MJP-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 1, 2006. The United States was represented by Assistant United States Attorney John Lulejian, and the defendant by Mr. Robert Goldsmith. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Conspiracy to Distribute Cocaine. On or about July 28, 2005, defendant was sentenced by the Honorable Marsha J. Pechman to a term of twelve (12) months and one (1) day in custody, followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse treatment participation, consent to search and seizure, no firearms possession, consent to the collection of DNA, and financial disclosure.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

In a Report on Offender Under Supervision dated February 2, 2006, U.S. Probation Officer Mark Okano asserted the following violations by defendant of the conditions of his supervised release:

(1) Using cocaine on or about December 29, 2005, in violation of standard condition number 7.

(2) Using cocaine and methamphetamine on or about January 22, 2006, in violation of standard condition number 7.

The defendant was advised of the allegations, and advised of his rights. Defendant admitted to the violations, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation No. 1 and No. 2, and that the Court conduct a hearing limited to disposition. A disposition hearing will be set before the Honorable Marsha J. Pechman at a date to be determined.

Pending a final determination by the Court, the defendant has been released, subject to continued supervision.

DATED this 2nd day of March, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:         Honorable Marsha J. Pechman
     AUSA:                   Mr. John Lulejian
     Defendant's attorney:   Mr. Robert Goldsmith
     Probation officer:      Mr. Mark Okano