UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                              )<br>           Plaintiff,                         )<br>                                                              )<br>      v.                                              )<br>                                                              )<br> RICHARD LEE RODMAN,          )<br>                                                              )<br>          Defendant.                      )<br> _____ ) | Case No.  CR04-301-MJP<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on June 30, 2006.  The United States was represented by Assistant United States Attorney John Lulejian, and the defendant by Mr. Robert Goldsmith.  The proceedings were recorded on cassette tape.

The defendant had been sentenced by the Honorable Marsha J. Pechman on or about July 28, 2006, to twelve (12) months and one (1) day in custody to be followed by three (3) years of supervised release on a charge of Conspiracy to Distribute Cocaine.

In addition to the standard conditions of supervised release, which include compliance with all local, state, and federal laws, special conditions of supervised release were imposed.  These special conditions included, but were not limited to, participation in a substance-abuse treatment program, consent to search and seizure procedures, no possession of firearms, consent to collection of DNA, and financial disclosure.

In the Petition for Warrant or Summons for Offender and Supplemental Violations

dated May 25, 2006, and a Second Supplemental Violation Report dated June 12, 2006, Mr. Mark Okano, U.S. Probation Officer, alleges the following violations of defendant's conditions of supervised release:

      (5)    Using cocaine on or about May 12, 2006, in violation of standard condition No. 7 (renumbered from violation No. 3 due to a numbering error).

      (6)    Using opiates on or about May 15, 2006, in violation of standard condition No. 7 (renumbered from violation No. 4 due to a numbering error).

      (7)    Using cocaine on or about May 26, 2006, in violation of standard condition No. 7 (renumbered from violation No. 5 due to a numbering error).

      (8)    Using cocaine on or about June 5, 2006, in violation of standard condition No. 7 (renumbered from violation No. 6 due to a numbering error).

The defendant admitted to violations Nos. 5, 7, and 8. At the revocation hearing, the government dismissed alleged violation No. 6.

I therefore recommend that the Court find the defendant violated the conditions of his supervised release as to violations Nos. 5, 7, and 8, and that the Court conduct a hearing limited to disposition of these violations.

A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman for July 21, 2006, at 2:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 30th day of June, 2006.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:          The Hon. Marsha J. Pechman
      AUSA:                  Mr. John Lulejian
      Defendant's attorney:  Mr. Robert Goldsmith
      Probation officer:      Mr. Mark Okano